# In the United States Court of Federal Claims

No. 19-1610C

(E-Filed: February 19, 2021)

|  |  |
|---|---|
| BHB LTD. PARTNERSHIP and INDIANA ASSOCIATES LTD. PARTNERSHIP OF WASHINGTON, D.C., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant, <br><br> and <br><br> RPT 1425 NEW YORK AVENUE, LLC, <br><br> Intervenor-defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

ORDER

On February 16, 2021, the parties filed a joint status report pursuant to the court's December 18, 2020 order in this matter. See ECF No. 139. Therein, defendant requests that the court stay this matter for an additional sixty days, to and including April 19, 2021. See id. at 1-2. Defendant states that while this case has been stayed the General Services Administration (GSA) has continued to consider the circumstances surrounding the procurement, including the tenant agency needs. See id. Defendant further states that "the final agency decisions that would be the focus of the Court's review have not yet been made. GSA has not decided to modify the procurement, but that is quite possible, and any modification may affect the parties' arguments." Id. at 2.

Plaintiffs do not object to this motion, but state that their "lack of objection should not be construed as agreement with any of the representations or statements made by [defendant] in [the parties' joint status report], and they further state that they reserve the right to seek judicial relief if necessary to maintain the status quo, irrespective of the

stay." Id. at 2.  Likewise, intervenor-defendant indicates that "although it would prefer to see this matter resolved on the merits as soon as practicable, [it] does not oppose [defendant's] request." Id.

The court agrees that a continuation of the stay in this matter is warranted. Accordingly, the clerk's office is directed to continue the **STAY** this matter until further order of the court.  On or before **April 19, 2021**, the parties are directed to **CONFER** and **FILE** a **joint status report** proposing further proceedings in this matter to include a proposed schedule to govern this case going forward, if applicable.  The status report shall include the parties' position on the continuance of the stay in this matter.

IT IS SO ORDERED.

    s/Patricia E. Campbell-Smith
    PATRICIA E. CAMPBELL-SMITH
    Judge